UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE KERSEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-cv-11249-LTS |
| | ) | |
| FEDEX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER OF DISMISSAL

June 24, 2024

SOROKIN, D.J.

On May 9, 2024, George Kersey filed a complaint against FedEx Corporation, claiming

that the company failed to deliver a package to him.  On May 4, 2024, the Court ordered Kersey

to show cause why this action should not be dismissed for failure to state a claim upon which

relief may be granted or for lack of subject matter jurisdiction.  (ECF No. 4).  The Court stated

that failure to comply with the order within 28 days would result in dismissal of the action.

The deadline for Kersey to comply with the Court's May 4, 2024 order has lapsed

without any response from Kersey.  Accordingly, this action is DISMISSED for failure to state a

claim upon which relief may be granted and for lack of subject matter jurisdiction.

SO ORDERED.

   /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE